Cook v Cain (2025 NY Slip Op 03475)

Cook v Cain

2025 NY Slip Op 03475

Decided on June 6, 2025

Appellate Division, Fourth Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on June 6, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Fourth Judicial Department

PRESENT: LINDLEY, J.P., MONTOUR, OGDEN, GREENWOOD, AND NOWAK, JJ.

453 CA 24-01437

[*1]AUBREY L. COOK AND KATELYN J. MELLEN, INDIVIDUALLY AND IN THEIR CAPACITIES AS CO-ADMINISTRATORS OF THE ESTATE OF CECIL E. MELLEN, DECEASED, PLAINTIFFS-RESPONDENTS,
v
DARRY R. CAIN, ET AL., DEFENDANTS, ANTONIO CASOLA AND KIM CASOLA, DEFENDANTS-APPELLANTS. 

BARCLAY DAMON LLP, SYRACUSE (KAYLA A. ARIAS OF COUNSEL), FOR DEFENDANTS-APPELLANTS. 
MELVIN & MELVIN, PLLC, SYRACUSE (SUSAN E. OTTO OF COUNSEL), FOR PLAINTIFFS-RESPONDENTS. 

 Appeal from a judgment of the Supreme Court, Jefferson County (Gregory R. Gilbert, J.), entered April 25, 2024. The judgment, inter alia, determined that plaintiffs are the lawful owners of the subject property. 
It is hereby ORDERED that the judgment so appealed from is unanimously affirmed without costs for reasons stated in the decision at Supreme Court.
Entered: June 6, 2025
Ann Dillon Flynn
Clerk of the Court